| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Pratter, Gene E. | 2. Court or Organization U.S. District Court, E.D. Pa. | 3. Date of Report 07/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

10613 United States Courthouse
Sixth & Market Streets
Philadelphia, PA 19106-1723

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Duane Morris LLC (Attorney) |
| 2. 2017 | Cohen, Placitella & Roth (Attorney) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt Law School | October 12-13, 2017 | Nashville, TN | Law Review Symposium | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | K |
| 2. Bank of America | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lebenthal Lisanti Small Growth - Retirement #5 | | None | | | Sold | 04/28/17 | J | C | |
| 2. DFA US Small Cap Value - Retirement #5 | A | Dividend | | | Sold | 08/31/17 | J | C | |
| 3. DFA US Large Cap Value - Retirement #5 | A | Dividend | | | Buy (add'l) | 01/31/17 | J | | |
| 4. DFA US Large Cap Value - Retirement #5 | | None | | | Sold | 08/31/17 | K | D | |
| 5. Federated US Gov't Ultrashort - Retirement #5 | A | Dividend | | | Sold | 07/18/17 | K | A | |
| 6. First Eagle Overseas - Retirement #5 | | None | | | Buy (add'l) | 04/28/17 | J | | |
| 7. First Eagle Overseas - Retirement #5 | | None | | | Sold | 08/31/17 | K | D | |
| 8. Janus Fund - Retirement #5 | | None | | | Sold | 01/31/17 | J | C | |
| 9. Schwab Money Market Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 10. William Blair Int'l Small Growth - Retirement #5 | | None | | | Sold | 07/20/17 | J | C | |
| 11. William Blair International Growth - Retirement #5 | | None | | | Sold | 07/27/17 | J | A | |
| 12. BlackRock Low Duration - Retirement #5 | A | Dividend | K | T | Buy | 07/18/17 | K | | |
| 13. BlackRock Low Duration - Retirement #5 | | None | | | Buy (add'l) | 08/31/17 | K | | |
| 14. DFA Global Equity - Retirement #5 | B | Dividend | L | T | Buy | 07/20/17 | J | | |
| 15. DFA Global Equity - Retirement #5 | | None | | | Buy (add'l) | 07/27/17 | J | | |
| 16. DFA Global Equity - Retirement #5 | | None | | | Buy (add'l) | 08/31/17 | L | | |
| 17. Federated Gov't Ultrashort - Retirement #6 | A | Dividend | | | Buy (add'l) | 01/31/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Gov't Ultrashort - Retirement #6 | | None | | | Sold | 07/18/17 | K | A | |
| 19. Baron Growth - Retirement #6 | | None | | | Sold | 01/31/17 | J | A | |
| 20. First Eagle Overseas - Retirement #6 | | None | | | Sold | 08/31/17 | J | A | |
| 21. Royce Opportunity - Retirement #6 | | None | | | Sold | 08/31/17 | J | C | |
| 22. Schwab Money Market Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 23. Janus Fund - Retirement #6 | | None | | | Sold | 01/31/17 | J | B | |
| 24. DFA International Large Growth - Retirement #6 | A | Dividend | | | Sold | 08/31/17 | J | B | |
| 25. BlackRock Low Duration - Retirement #6 | A | Dividend | K | T | Buy | 07/18/17 | K | | |
| 26. DFA Global Equity - Retirement #6 | A | Dividend | K | T | Buy | 08/31/17 | L | | |
| 27. Baron Growth - Retirement #7 | | None | | | Sold | 01/31/17 | K | E | |
| 28. DFA US Micro Cap - Retirement #7 | C | Dividend | L | T | | | | | |
| 29. DFA Emerging Markets Core Equity - Retirement #7 | C | Dividend | M | T | Sold (part) | 09/07/17 | K | B | |
| 30. DFA International Small Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 31. DFA International Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 32. DFA One Year Fixed - Retirement #7 | C | Dividend | N | T | | | | | |
| 33. DFA US Small Cap Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 34. DFA US Large Cap Value - Retirement #7 | E | Dividend | N | T | Buy (add'l) | 01/31/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Stock - Retirement #7 | E | Dividend | N | T | Buy (add'l) | 01/31/17 | M | | |
| 36. Federated Gov't Ultrashort - Retirement #7 | B | Dividend | | | Sold | 07/18/17 | N | A | |
| 37. First Eagle Overseas - Retirement #7 | D | Dividend | M | T | Buy (add'l) | 07/27/17 | L | | |
| 38. Hotchkis & Wiley Mid Value - Retirement #7 | D | Dividend | M | T | Sold (part) | 01/31/17 | L | D | |
| 39. Morgan Stanley International Equity - Retirement #7 | C | Dividend | M | T | Sold (part) | 04/28/17 | J | A | |
| 40. Morgan Stanley Emerging Markets - Retirement #7 | A | Dividend | M | T | Sold (part) | 09/07/17 | K | B | |
| 41. Royce Opportunity - Retirement #7 | D | Dividend | M | T | Sold (part) | 01/31/17 | J | A | |
| 42. Schwab Money Market Fund - Retirement #7 | A | Dividend | K | T | | | | | |
| 43. Westcore Intl Small Cap - Retirement #7 | A | Dividend | L | T | | | | | |
| 44. Westcore Mid Cap Value - Retirement #7 | D | Dividend | M | T | Sold (part) | 04/28/17 | J | B | |
| 45. William Blair International Growth - Retirement #7 | | None | | | Sold | 07/27/17 | M | E | |
| 46. Janus Fund - Retirement #7 | | None | | | Sold | 01/31/17 | M | D | |
| 47. Hotchkis & Wiley Large Cap Value - Retirement #7 | | None | | | Sold | 01/31/17 | L | E | |
| 48. William Blair Large Growth - Retirement #7 | B | Dividend | N | T | Buy (add'l) | 07/20/17 | L | | |
| 49. William Blair Large Growth - Retirement #7 | | None | | | Buy (add'l) | 07/27/17 | K | | |
| 50. Lebenthal Lisanti Small Growth - Retirement #7 | | None | | | Sold | 04/28/17 | K | E | |
| 51. William Blair Int'l Small Growth - Retirement #7 | | None | | | Sold | 07/20/17 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Metropolitan West Total Return - Retirement #7 | D | Dividend | N | T | | | | | |
| 53. BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | | | | | |
| 54. Ivy Mid Growth - Retirement #7 | E | Dividend | M | T | Buy (add'l) | 01/31/17 | K | | |
| 55. Ivy Mid Growth - Retirement #7 | | None | | | Buy (add'l) | 07/20/17 | K | | |
| 56. William Blair Mid Cap Growth - Retirement #7 | | None | | | Sold | 07/20/17 | L | A | |
| 57. DFA Global Real Estate - Retirement #7 | C | Dividend | M | T | Buy (add'l) | 01/20/17 | L | | |
| 58. Victory Global Natural Resources - Retirement #7 | | None | L | T | | | | | |
| 59. EII Global Property - Retirement #7 | | None | | | Sold | 01/19/17 | K | A | |
| 60. MainGate MLP - Retirement #7 | D | Dividend | M | T | | | | | |
| 61. William Blair Small Growth - Retirement #7 | D | Dividend | L | T | Buy (add'l) | 04/28/17 | K | | |
| 62. Morgan Stanley AIP - Retirement #7 | E | Dividend | N | T | | | | | |
| 63. DFA International Large Growth - Retirement #7 | B | Dividend | M | T | | | | | |
| 64. DFA Short Term Gov't - Retirement #7 | B | Dividend | N | T | Buy | 08/18/17 | N | | |
| 65. DFA US Small Growth - Retirement #7 | B | Dividend | L | T | Buy | 01/31/17 | L | | |
| 66. DFA US Small Growth - Retirement #7 | | None | | | Buy (add'l) | 04/28/17 | K | | |
| 67. DFA Intl Small Growth - Retirement #7 | C | Dividend | L | T | Buy | 07/20/17 | L | | |
| 68. Schwab Money Market Fund - Trust #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dodge & Cox Stock - Trust #1 | C | Dividend | L | T | Buy (add'l) | 01/31/17 | K | | |
| 70. Baron Growth - Trust #1 | | None | | | Sold | 01/31/17 | K | D | |
| 71. Federated Short Term Muni - Trust #1 | A | Dividend | | | Buy (add'l) | 01/31/17 | J | | |
| 72. Federated Short Term Muni - Trust #1 | | None | | | Sold | 07/18/17 | K | A | |
| 73. First Eagle Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 74. Hotchkis & Wiley Large Cap Value - Trust #1 | | None | | | Sold | 01/31/17 | K | D | |
| 75. Hotchkis & Wiley Mid Cap Value - Trust #1 | B | Dividend | K | T | Sold (part) | 01/31/17 | J | B | |
| 76. Janus Fund - Trust #1 | | None | | | Sold | 01/31/17 | K | D | |
| 77. Morgan Stanley International Equity - Trust #1 | A | Dividend | K | T | | | | | |
| 78. Royce Opportunity - Trust #1 | C | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 79. Westcore Mid Cap Value - Trust #1 | B | Dividend | K | T | Sold (part) | 04/12/17 | J | A | |
| 80. DFA Tax Managed Marketwide Value - Trust #1 | C | Dividend | L | T | Buy (add'l) | 01/31/17 | J | | |
| 81. DFA US Micro Cap - Trust #1 | B | Dividend | K | T | | | | | |
| 82. DFA Intl Small Cap Value - Trust #1 | B | Dividend | K | T | | | | | |
| 83. Westcore Intl Small Cap - Trust #1 | A | Dividend | K | T | | | | | |
| 84. DFA Int'l Value - Trust #1 | A | Dividend | K | T | | | | | |
| 85. DFA US Small Value - Trust #1 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. William Blair Mid Growth - Trust #1 | | None | | | Sold | 07/20/17 | K | D | |
| 87. DFA Short Term Muni - Trust #1 | A | Dividend | K | T | Buy (add'l) | 07/18/17 | K | | |
| 88. Metropolitan West Total Return - Trust #1 | A | Dividend | K | T | | | | | |
| 89. William Blair Small Cap Growth - Trust #1 | C | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 90. DFA Global Real Estate - Trust #1 | B | Dividend | K | T | Buy (add'l) | 01/20/17 | J | | |
| 91. EII Global Property - Trust #1 | | None | | | Sold | 01/19/17 | J | A | |
| 92. MainGate MLP - Trust #1 | B | Dividend | K | T | | | | | |
| 93. Victory Global Resources - Trust #1 | | None | J | T | | | | | |
| 94. William Blair International Growth - Trust #1 | | None | | | Sold | 07/27/17 | K | C | |
| 95. DFA Emerging Markets - Trust #1 | B | Dividend | L | T | | | | | |
| 96. DFA International Large Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 97. Ivy Mid Growth - Trust #1 | C | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 98. Ivy Mid Growth - Trust #1 | | None | | | Buy (add'l) | 07/20/17 | J | | |
| 99. William Blair Large Growth - Trust #1 | A | Dividend | L | T | Buy (add'l) | 04/12/17 | J | | |
| 100. William Blair Large Growth - Trust #1 | | None | | | Buy (add'l) | 07/20/17 | K | | |
| 101. William Blair Large Growth - Trust #1 | | None | | | Buy (add'l) | 07/27/17 | K | | |
| 102. Thornburg Limited Term Muni - Trust #1 | A | Dividend | K | T | Buy | 07/18/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  DFA US Small Growth - Trust #1 | A | Dividend | K | T | Buy | 01/31/17 | K | | |
| 104.  Baron Growth - Brokerage #1 | | None | | | Sold | 01/31/17 | J | C | |
| 105.  DFA Tax Mgd US Marketwide Value - Brokerage #1 | B | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 106.  DFA US Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 107.  DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | Sold (part) | 09/12/17 | J | A | |
| 108.  DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 109.  Federated Short Term Muni - Brokerage #1 | A | Dividend | | | Buy (add'l) | 01/31/17 | J | | |
| 110.  Federated Short Term Muni - Brokerage #1 | | None | | | Sold | 07/18/17 | K | B | |
| 111.  First Eagle Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 112.  Janus Fund - Brokerage #1 | | None | | | Sold | 01/31/17 | J | D | |
| 113.  Morgan Stanley International Equity - Brokerage #1 | A | Dividend | J | T | Sold (part) | 09/12/17 | J | B | |
| 114.  Schwab Money Market Fund - Brokerage #1 | A | Dividend | J | T | | | | | |
| 115.  Hothckis & Wiley Large Cap Value - Brokerage #1 | | None | | | Sold | 01/31/17 | J | C | |
| 116.  Hotchkis & Wiley Mid Cap Value Brokerage #1 | A | Dividend | J | T | Sold (part) | 09/12/17 | J | B | |
| 117.  William Blair Int'l Small Growth - Brokerage #1 | | None | | | Sold | 07/20/17 | J | D | |
| 118.  William Blair Large Growth - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |
| 119.  William Blair Large Growth - Brokerage #1 | | None | | | Buy (add'l) | 07/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. William Blair Mid Cap Growth - Brokerage #1 | | None | | | Sold | 07/20/17 | J | C | |
| 121. William Blair Small Cap Growth - Brokerage #1 | B | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 122. Westcore Mid Cap Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 123. DFA Int'l Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 124. DFA Short Term Muni - Brokerage #1 | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |
| 125. DFA Short Term Muni - Brokerage #1 | | None | | | Buy (add'l) | 07/18/17 | J | | |
| 126. DFA Short Term Muni - Brokerage #1 | | None | | | Sold (part) | 12/18/17 | K | A | |
| 127. Metropolitan West Total Return - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 04/26/17 | J | | |
| 128. Metropolitan West Total Return - Brokerage #1 | | None | | | Buy (add'l) | 07/18/17 | J | | |
| 129. William Blair Int'l Growth - Brokerage #1 | | None | | | Sold | 07/27/17 | J | B | |
| 130. Thornburg Limitd Term Municipal - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 07/18/17 | J | | |
| 131. DFA Global Real Estate - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 132. Dodge & Cox Stock - Brokerage #1 | B | Dividend | J | T | | | | | |
| 133. MainGate MLP - Brokerage #1 | A | Dividend | J | T | | | | | |
| 134. Royce Opportunity - Brokerage #1 | B | Dividend | J | T | Sold (part) | 11/06/17 | J | A | |
| 135. DFA US Micro Cap - Brokerage #1 | A | Dividend | J | T | | | | | |
| 136. DFA Int'l Large Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 11/06/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ivy Mid Growth - Brokerage #1 | B | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 138. Ivy Mid Growth - Brokerage #1 | | None | | | Buy (add'l) | 07/20/17 | J | | |
| 139. DFA Intl Small Growh - Brokerage #1 | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 140. Baron Growth - Brokerage #2 | | None | | | Sold | 01/31/17 | K | D | |
| 141. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 142. DFA Tax Mgd Marketwide Value - Brokerage #2 | B | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 143. DFA US Small Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 144. Dodge & Cox Stock - Brokerage #2 | B | Dividend | J | T | Buy (add'l) | 01/31/17 | K | | |
| 145. Federated Short Term Muni - Brokerage #2 | A | Dividend | | | Sold | 07/18/17 | L | B | |
| 146. First Eagle Overseas - Brokerage #2 | A | Dividend | K | T | | | | | |
| 147. Hotchkis & Wiley Large Cap Value - Brokerage #2 | | None | | | Sold | 01/31/17 | J | C | |
| 148. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 149. Janus Fund - Brokerage #2 | | None | | | Sold | 01/31/17 | K | C | |
| 150. Morgan Stanley International Equity - Brokerage #2 | A | Dividend | K | T | | | | | |
| 151. Royce Opportunity - Brokerage #2 | B | Dividend | K | T | | | | | |
| 152. Schwab Money Market Fund - Brokerage #2 | A | Dividend | J | T | | | | | |
| 153. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Westcore International Small Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 155. Metropolitan West Total Return - Brokerage #2 | B | Dividend | L | T | Buy (add'l) | 01/31/17 | J | | |
| 156. Metropolitan West Total Return - Brokerage #2 | | None | | | Buy (add'l) | 07/18/17 | K | | |
| 157. DFA Short Term Muni - Brokerage #2 | A | Dividend | M | T | Buy (add'l) | 07/18/17 | K | | |
| 158. DFA Global Real Estate - Brokerage #2 | A | Dividend | K | T | | | | | |
| 159. MainGate MLP - Brokerage #2 | B | Dividend | K | T | | | | | |
| 160. DFA Intl Small Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 161. William Blair International Growth - Brokerage #2 | | None | | | Sold | 07/27/17 | J | A | |
| 162. DFA Emerging Markets Core Equity - Brokerage #2 | A | Dividend | K | T | | | | | |
| 163. DFA International Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 164. Ivy Mid Cap Gowth - Brokerage #2 | B | Dividend | K | T | | | | | |
| 165. DFA Int'l Large Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 166. William Large Growth - Brokerage #2 | A | Dividend | K | T | Buy (add'l) | 07/27/17 | J | | |
| 167. Thornburg Limited Term Muni - Brokerage #2 | A | Dividend | K | T | Buy | 07/18/17 | K | | |
| 168. DFA US Small Growh - Brokerage #2 | A | Dividend | K | T | Buy | 01/31/17 | K | | |
| 169. DFA One Year Fixed - Retirement #8 | C | Dividend | N | T | | | | | |
| 170. Federated Gov't Ultrashort - Retirement #8 | A | Dividend | | | Sold | 07/18/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Lebenthal Lisanti Small Growth - Retirement #8 | | None | | | Sold | 04/28/17 | K | D | |
| 172. Baron Growth - Retirement #8 | | None | | | Sold | 01/31/17 | K | D | |
| 173. DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | M | T | | | | | |
| 174. DFA International Value - Retirement #8 | C | Dividend | M | T | | | | | |
| 175. DFA US Large Value - Retirement #8 | D | Dividend | M | T | Buy (add'l) | 01/31/17 | K | | |
| 176. DFA US Small Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 177. DFA US Micro Cap - Retirement #8 | C | Dividend | L | T | | | | | |
| 178. Dodge & Cox Stock - Retirement #8 | D | Dividend | M | T | Buy (add'l) | 01/31/17 | L | | |
| 179. DFA Int'l Small Cap Value - Retirement #8 | D | Dividend | M | T | | | | | |
| 180. First Eagle Overseas - Retirement #8 | C | Dividend | M | T | Buy (add'l) | 07/27/17 | L | | |
| 181. Hotchkis & Wiley Large Cap Value - Retirement #8 | | None | | | Sold | 01/31/17 | L | E | |
| 182. Hotchkis & Wiley Mid Cap Value - Retirement #8 | D | Dividend | M | T | | | | | |
| 183. Janus Fund - Retirement #8 | | None | | | Sold | 01/31/17 | L | D | |
| 184. Morgan Stanley Emerging Markets - Retirement #8 | A | Dividend | M | T | | | | | |
| 185. Morgan Stanley International Equity - Retirement #8 | B | Dividend | M | T | | | | | |
| 186. Royce Opportunity - Retirement #8 | D | Dividend | L | T | | | | | |
| 187. Schwab Money Market Fund - Retirement #8 | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Westcore Intl Small Cap - Retirement #8 | A | Dividend | M | T | | | | | |
| 189. Westcore Mid Cap Value - Retirement #8 | D | Dividend | M | T | | | | | |
| 190. William Blair International Growth - Retirment #8 | | None | | | Sold | 07/27/17 | L | E | |
| 191. William Blair Large Cap Growth - Retirement #8 | B | Dividend | M | T | Buy (add'l) | 07/20/17 | L | | |
| 192. William Blair Large Cap Growth - Retirement #8 | | None | | | Buy (add'l) | 07/27/17 | K | | |
| 193. William Blair Intl Small Growth - Retirement #8 | | None | | | Sold | 07/20/17 | K | E | |
| 194. BlackRock Low Duration - Retirement #8 | D | Dividend | N | T | | | | | |
| 195. Metropolitan West Total return - Retirement #8 | C | Dividend | M | T | | | | | |
| 196. William Blair Small Growth - Retirement #8 | D | Dividend | L | T | Buy (add'l) | 04/28/17 | J | | |
| 197. William Blair Mid Growth - Retirement #8 | | None | | | Sold | 07/20/17 | L | A | |
| 198. Ivy Mid Growth - Retirement #8 | D | Dividend | M | T | Buy (add'l) | 01/31/17 | K | | |
| 199. Ivy Mid Growth - Retirement #8 | | None | | | Buy (add'l) | 07/20/17 | K | | |
| 200. DFA Global Real Estate - Retirement #8 | C | Dividend | M | T | Buy (add'l) | 01/20/17 | L | | |
| 201. EII Global Property - Retirement #8 | | None | | | Sold | 01/19/17 | K | A | |
| 202. MainGate MLP - Retirement #8 | D | Dividend | M | T | | | | | |
| 203. Victory Global Resources - Retirement #8 | | None | K | T | | | | | |
| 204. Morgan Stanley AIP - Retirement #8 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. DFA International Large Growth - Retirement #8 | B | Dividend | L | T | | | | | |
| 206. DFA Short Term Govt - Retirement #8 | B | Dividend | M | T | Buy | 07/18/17 | M | | |
| 207. DFA US Small Growth - Retirement #8 | A | Dividend | L | T | Buy | 01/31/17 | K | | |
| 208. DFA US Small Growth - Retirement #8 | | None | | | Buy (add'l) | 04/28/17 | J | | |
| 209. DFA Intl Small Growht - Retirement #8 | B | Dividend | K | T | Buy | 07/20/17 | K | | |
| 210. Equitable Variable Life - Alliance Common Stock | | None | M | T | | | | | |
| 211. Equitable Variable Life - Alliance International | | None | K | T | | | | | |
| 212. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 213. Nantucket Bank Account | A | Interest | J | T | | | | | |
| 214. 401K Plan - John Hancock Balanced | | None | J | T | Buy (add'l) | 01/31/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 07/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gene E. Pratter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544